INDUSTRIAL BANK OF COMMERCE, Appellant, *v.* PACKARD YONKERS CORP., Respondent, et al., Defendants.

Argued May 26, 1952; decided June 6, 1952.

*Aubin J. Heffernan* and *John J. Dwyer* for appellant.

*Max Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND; DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.